IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S.C., by her parent and next friend KARRIE CONLEY; K.C., by her parent and next friend KARRIE CONLEY; and R.H., by his parent and next friend MICHELE HUDAK, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUCY CALKINS; IRENE FOUNTAS; GAY SU PINNELL; RWPN, LLC, d/b/a THE READING & WRITING PROJECT AT MOSSFLOWER, LLC; BOARD OF TRUSTEES OF TEACHERS COLLEGE, COLUMBIA UNIVERSITY; FOUNTAS AND PINNELL, LLC; GREENWOOD PUBLISHING GROUP, LLC, d/b/a HEINEMANN PUBLISHING; and HMH EDUCATION CO.<br><br>        Defendants. | Case No. 1:25-cv-10007 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant HMH Education Company certifies that it is a wholly owned subsidiary of HMH Education Inc. The parent corporation of HMH Education Inc. is HMH Company. No publicly held corporation owns more than 10% of HMH Company's stock.

Dated: January 2, 2025

Respectfully submitted,

HMH EDUCATION COMPANY,

By its attorneys,

By: /s/ *Felicia H. Ellsworth*
FELICIA H. ELLSWORTH (BBO # 665232)
ANDY O'LAUGHLIN (BBO # 691836)
WILMER CUTLER PICKERING
    HALE AND DOOR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Felicia.Ellsworth@wilmerhale.com
Andy.Olaughlin@wilmerhale.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of January, 2025 the foregoing was electronically filed with the Clerk of Court using the Court's electronic filing system, and that a copy of the forgoing was served on Plaintiffs' counsel of record via electronic mail and certified mail.

                                              /s/ *Felicia H. Ellsworth*
                                              Felicia H. Ellsworth