UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S.C., by her parent and next friend KARRIE CONLEY; K.C., by her parent and next friend KARRIE CONLEY; and R.H., by his parent and next friend MICHELE HUDAK, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>LUCY CALKINS; IRENE FOUNTAS; GAY SU PINNELL; RWPN, LLC, d/b/a THE READING & WRITING PROJECT AT MOSSFLOWER, LLC; BOARD OF TRUSTEES OF TEACHERS COLLEGE, COLUMBIA UNIVERSITY; FOUNTAS AND PINNELL, LLC; GREENWOOD PUBLISHING GROUP, LLC, d/b/a HEINEMANN PUBLISHING; and HMH EDUCATION CO.<br><br>        Defendants. | Case No. 1:25-cv-10007-RGS |

## MOTION FOR ADMISSION OF ALEXANDRA WARREN *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, Amelia Caramadre, an attorney licensed to practice law in the Commonwealth of Massachusetts and before this Court, respectfully moves for admission *pro hac vice* of Attorney Alexandra Warren of the law firm Cuneo Gilbert & LaDuca, LLP, to appear on behalf of S.C., by her parent and next friend Karrie Conley; K.C., by her parent and next friend Karrie Conley; and R.H., by his parent and next friend Michele Hudak in the above-captioned matter.

In support of this motion, and as set forth in the attached declaration submitted by Ms. Warren in accordance with Local Rule 83.5.3, Ms. Warren:

1.   is a member of good standing of the bar of the state of Florida;

2.   is a member of good standing of the Supreme Court of the United States, U.S. District Court for the Middle District of Florida, and U.S. District Court for the Southern District of Florida;

3.   has no disciplinary proceedings pending against her in any jurisdiction;

4.   has not previously had a *pro hac vice* (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and

5.   has read and agrees to comply with the Local Rules of this Court.

WHEREFORE, the undersigned respectfully moves that Alexandra Warren be admitted to practice before this Court *pro hac vice* in the above-captioned matter.

Dated: January 14, 2025

Respectfully submitted,

*/s/ Amelia Caramadre*
Amelia Caramadre (BBO #710230)
Kaplan & Grady LLC
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
(312) 815-2684
amelia@kaplangrady.com

*Counsel for Plaintiffs S.C., by her parent and next friend Karrie Conley; K.C., by her parent and next friend Karrie Conley; and R.H., by his parent and next friend Michele Hudak*

**CERTIFICATE OF SERVICE**

    I, Amelia Caramadre, hereby certify that on January 14, 2025, the foregoing Motion for Admission of Alexandra Warren *Pro Hac Vice* was electronically filed with the Clerk of the Court using the Court's electronic filing system which will serve as notification of such filing to the email addresses of all counsel of record in this action.

                                      */s/ Amelia Caramadre*
                                      Amelia Caramadre