UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S.C., by her parent and next friend KARRIE CONLEY; K.C., by her parent and next friend KARRIE CONLEY; and R.H., by his parent and next friend MICHELE HUDAK, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>LUCY CALKINS; IRENE FOUNTAS; GAY SU PINNELL; RWPN, LLC, d/b/a THE READING & WRITING PROJECT AT MOSSFLOWER, LLC; BOARD OF TRUSTEES OF TEACHERS COLLEGE, COLUMBIA UNIVERSITY; FOUNTAS AND PINNELL, LLC; GREENWOOD PUBLISHING GROUP, LLC, d/b/a HEINEMANN PUBLISHING; and HMH EDUCATION CO.<br><br>        Defendants. | Case No. 1:25-cv-10007-RGS |

## DECLARATION OF ALEXANDRA WARREN
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, **Alexandra Warren**, declare as follows:

    1.    My name is Alexandra Warren. I am an attorney licensed to practice law before the courts of Florida.

    2.    I am an active member of good standing of the Supreme Court of the United States, U.S. District Court for the Middle District of Florida, and U.S. District Court for the Southern District of Florida.

    3.    I am counsel of the law firm Cuneo Gilbert & LaDuca, LLP, located at 2445 M St. NW, Suite 740, Washington, D.C. 20037.

4. I make this declaration pursuant to Local Rule 83.5.3 in support of the motion for my admission *pro hac vice* on behalf of plaintiffs S.C., by her parent and next friend Karrie Conley; K.C., by her parent and next friend Karrie Conley; and R.H., by his parent and next friend Michele Hudak.

5. I have intimate knowledge of the subject matter of the above-captioned action.

6. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

7. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

8. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: January 14, 2025

Respectfully submitted,

*/s/ Alexandra Warren*
Alexandra Warren
**CUNEO GILBERT & LADUCA, LLP**
2445 M St. NW
Suite 740
Washington, D.C. 20037
(202) 789-3960
(202) 789-1813
awarren@cuneolaw.com

*Counsel for Plaintiffs S.C., by her parent and next friend Karrie Conley; K.C., by her parent and next friend Karrie Conley; and R.H., by his parent and next friend Michele Hudak*