IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S.C., by her parent and next friend KARRIE CONLEY; K.C., by her parent and next friend KARRIE CONLEY; and R.H., by his parent and next friend MICHELE HUDAK, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>LUCY CALKINS; IRENE FOUNTAS; GAY SU PINNELL; RWPN, LLC, d/b/a THE READING & WRITING PROJECT AT MOSSFLOWER, LLC; BOARD OF TRUSTEES OF TEACHERS COLLEGE, COLUMBIA UNIVERSITY; FOUNTAS AND PINNELL, LLC; GREENWOOD PUBLISHING GROUP, LLC, d/b/a HEINEMANN PUBLISHING; and HMH EDUCATION CO.,<br><br>   Defendants. | Case No. 1:25-cv-10007 |

**DEFENDANTS LUCY CALKINS; IRENE FOUNTAS; GAY SU PINNELL; RWPN, LLC, d/b/a THE READING & WRITING PROJECT AT MOSSFLOWER, LLC; FOUNTAS AND PINNELL, LLC; GREENWOOD PUBLISHING GROUP, LLC, d/b/a HEINEMANN PUBLISHING; and HMH EDUCATION COMPANY'S <u>MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND TO ALTERNATIVELY STRIKE THE CLASS ALLEGATIONS</u>**

Defendants[1] hereby move to dismiss this action in its entirety pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), move to dismiss the claims against Defendants HMH Education Company, Fountas and Pinnell, LLC, and Mossflower under Rule 12(b)(6), and, in the alternative, move to strike Plaintiffs' class allegations under Rule 12(f). The grounds for this motion, which are explained in detail in the accompanying Memorandum of Law, include the following:

1. The Court should dismiss Plaintiffs' negligence and Mass. Gen. Laws ch. 93A ("Chapter 93A") claims under Rule 12(b)(6) because the claims impermissibly call for the district court to evaluate the quality or sufficiency of an educational program or curriculum.

2. The Court should dismiss Plaintiffs' negligence and Chapter 93A claims under Federal Rules of Civil Procedure 9(b) and 12(b)(6) because the allegations sound in fraud, but do not comply with the special pleading requirements of Rule 9(b).

3. The Court should dismiss Plaintiffs' Chapter 93A claim under Rule 12(b)(6) because Plaintiffs do not plausibly allege unfair or deceptive conduct, causation, or injury; do not plausibly allege the requisite commercial relationship; and Chapter 93A § 3 bars relief.

4. The Court should dismiss Plaintiffs' negligence claim under Rule 12(b)(6) because Plaintiffs do not plausibly allege negligence or negligent misrepresentation.

---

[1] Lucy Calkins; Irene Fountas; Gay Su Pinnell; RWPN, LLC, d/b/a The Reading & Writing Project at Mossflower, LLC ("Mossflower"); Fountas and Pinnell, LLC; Greenwood Publishing Group, LLC, d/b/a Heinemann Publishing; and HMH Education Company.

5. The Court should dismiss Defendants HMH Education Company, Fountas and Pinnell, LLC, and Mossflower under Rule 12(b)(6) where no plausible claim has been stated against them in particular.

6. In the alternative, the Court should strike Plaintiffs' class allegations under Rule 12(f) because the Complaint demonstrates that Plaintiffs' purported class includes too many uninjured persons and that Plaintiffs cannot satisfy the predominance requirement of Rule 23(b)(3).

7. In support of this Motion, Defendants submit the accompanying Memorandum of Law and the Declaration of Felicia H. Ellsworth.

Wherefore, Defendants respectfully request that the Court dismiss this action in its entirety with prejudice and, in the alternative, strike Plaintiffs' class action demands.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this Motion.

Dated: February 6, 2025

Respectfully submitted,

/s/ Felicia H. Ellsworth
FELICIA H. ELLSWORTH (BBO # 665232)
ANDY O'LAUGHLIN (BBO # 691836)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Felicia.Ellsworth@wilmerhale.com
Andy.Olaughlin@wilmerhale.com
*Counsel for Greenwood Publishing Group, LLC; HMH Education Company*

/s/ David Thomas
DAVID THOMAS (BBO # 640854)
GREENBERG TRAURIG, LLP
1 International Pl #2000
Boston, MA 02110
Tel: (617) 310-6040
Fax: (617) 897-0940
David.Thomas@gtlaw.com
*Counsel for RWPN, LLC;*
*Lucy Calkins in her personal capacity*

/s/ Javier F. Flores
JAVIER F. FLORES (BBO # 666089)
DINSMORE & SHOL, LLP
101 Arch Street, Suite 1800
Boston, MA 02110
Tel: (857) 305-6383
Fax: (857) 305-6401
Javier.Flores@dinsmore.com
*Counsel for Fountas and Pinnell, LLC;*
*Irene C. Fountas in her personal capacity;*
*Gay Su Pinnell in her personal capacity*

## LOCAL RULE 7.1 CERTIFICATION

I, Felicia H. Ellsworth, certify that on February 5, 2025, the parties conferred in good faith to resolve or narrow the issue presented by this motion and were unable to resolve or narrow the issues.

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2025, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth