**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| S.C., by her parent and next friend KARRIE CONLEY; K.C., by her parent and next friend KARRIE CONLEY; and R.H., by his parent and next friend MICHELE HUDAK, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUCY CALKINS; IRENE FOUNTAS; GAY SU PINNELL; RWPN, LLC, d/b/a THE READING & WRITING PROJECT AT MOSSFLOWER, LLC; BOARD OF TRUSTEES OF TEACHERS COLLEGE, COLUMBIA UNIVERSITY; FOUNTAS AND PINNELL, LLC; GREENWOOD PUBLISHING GROUP, LLC, d/b/a HEINEMANN PUBLISHING; and HMH EDUCATION CO.,<br><br>Defendants. | Case No. 1:25-cv-10007 |

**CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for the Defendant, Fountas and Pinnell, LLC ("F&P, LLC"), certifies that it is a Limited Liability Company founded pursuant to the laws of the state of Ohio.  F&P, LLC has one member, Gay Su Pinnell, who is domiciled in the state of Ohio.

Respectfully Submitted,

*/s/ Javier F. Flores*
Javier F. Flores (BBO 666089)
DINSMORE & SHOHL, LLP
101 Arch Street, Suite 1800
Boston, MA 02110
T: (857) 305-6383
F: (857) 305-6401
JAVIER.FLORES@DINSMORE.COM

*Counsel for Defendants, Irene Fountas, Gay Su Pinnell and Fountas and Pinnell, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system and that a copy of the forgoing was served on Plaintiffs' counsel of record via electronic mail.

*/s/ Javier F. Flores*
Javier F. Flores