UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S.C., by her parent and next friend KARRIE CONLEY; K.C., by her parent and next friend KARRIE CONLEY; and R.H., by his parent and next friend MICHELE HUDAK, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LUCY CALKINS; IRENE FOUNTAS; GAY SU PINNELL; RWPN, LLC, d/b/a THE READING & WRITING PROJECT AT MOSSFLOWER, LLC; BOARD OF TRUSTEES OF TEACHERS COLLEGE, COLUMBIA UNIVERSITY; FOUNTAS AND PINNELL, LLC; GREENWOOD PUBLISHING GROUP, LLC, d/b/a HEINEMANN PUBLISHING; and HMH EDUCATION CO,<br><br>    Defendants. | Civil Action No.: 25-CV-10007-RGS |

**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendants Lucy Calkins and the Reading and Writing Project Network, LLC, certifies that it is a Limited Liability Company founded pursuant to the laws of the state of Connecticut. The Reading and Writing Project Network, LLC has two members with equal membership interests, Lucy Calkins, who is domiciled in Connecticut, and the Estate of John G Skorpen, which is located in Connecticut.

1

Respectfully Submitted,

LUCY CALKINS and THE READING & WRITING PROJECT NETWORK, LLC

By its attorneys:

*/s/ David G. Thomas*
David G. Thomas (BBO # 640854)
Angela C. Bunnell (BBO # 690429)
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001
david.thomas@gtlaw.com
bunnella@gtlaw.com

Dated: February 20, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on February 20, 2025.

/s/ *Angela C. Bunnell*