UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S.C., by her parent and next friend KARRIE CONLEY, *et al.*,<br><br>        Plaintiffs<br><br>    v.<br><br>LUCY CALKINS, *et al.*,<br><br>        Defendants | Case No. 1:25-cv-10007 |

**ASSENTED-TO MOTION TO EXTEND TIME FOR RULE 12 MOTION**

Defendant Teachers College, Columbia University ("Teachers College") respectfully requests an extension of its deadline to respond to Plaintiff's Amended Complaint until April 10, 2025. Plaintiffs assent to the allowance of this motion.

In support of its motion, Teachers College states as follows:

1.    On December 4, 2024, Plaintiffs filed a class action Complaint in Superior Court asserting claims for violations of Mass. G.L. c. 93A and negligence. Dkt. 1-1 at 20-23 (Compl. ¶¶ 75–81, ¶¶ 82–88).

2.    On January 2, 2025, before Teachers College was served, the other defendants in the case removed to this Court pursuant to 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453. Dkt. 1. The other defendants are Lucy Calkins; Irene Fountas; Gay Su Pinnell; RWPN, LLC (d/b/a The Reading & Writing Project at Mossflower, LLC); Fountas and Pinnell, LLC; Greenwood Publishing Group, LLC (d/b/a Heinemann Publishing); and HMH Education Company.

3.    On January 10, 2025, the Court granted the other defendants' assented-to motion for extension of time to February 6, 2025 to file an answer to Plaintiffs' Complaint. Dkt. 16.

4.      On January 30, 2025, Plaintiffs requested that Teachers College agree to waive service of a summons. Teachers College promptly agreed and returned a signed waiver of service. Accordingly, pursuant to Fed. R. Civ. P. 4(d)(3), the deadline for Teachers College to respond to the Complaint was March 31, 2025 (60 days from the date the request to waive service was made).

5.      On February 6, 2025, the other defendants filed a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12. Dkt. 33-35.

6.      On February 18, 2025, the Court granted Plaintiffs' assented-to motion for extension of time to March 13, 2025 to file an Amended Complaint. Dkt. 45.

7.      On March 13, 2025, Plaintiffs filed an Amended Complaint against all defendants. Dkt. 47 ("Amended Compl.").

8.      Pursuant to Fed. R. 15(a)(3), the time for Teachers College to respond to the Amended Complaint, absent extension, remains March 31, 2025 (the response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later).

9.      Teachers College submits that a modest extension of time to respond to the Amended Complaint is warranted. Plaintiffs have added more than 50 paragraphs to their Amended Complaint, including a new count for false advertising under Mass. G.L. c. 266, § 91. Plaintiffs have included new allegations regarding previously undisclosed, purported misrepresentations (e.g., Amended Compl. ¶¶ 49-53); new citations to sources allegedly supporting their position about the role of phonics in literacy (e.g., id. ¶ 35); and new theories of liability (e.g., id. ¶¶ 57, 60). Plaintiffs have not narrowed the number of publications at issue or the time frame for the alleged misconduct—including factual allegations dating as far back as the 1990s. *See id.* ¶ 33. Although Plaintiffs have modified their class definition (*id.* ¶ 109), they maintain that the putative class Plaintiffs hope to represent consists of tens of thousands of individuals (*id.* ¶ 111).

WHEREFORE, Teachers College respectfully requests that the Court grant a 10-day extension of its deadline to respond to the Amended Complaint, until April 10, 2025.

TEACHERS COLLEGE, COLUMBIA UNIVERSITY,

*/s/ Daryl J. Lapp*
Daryl J. Lapp (BBO No. 554980)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Ave.
Boston, MA 02199
617.230.0100
daryl.lapp@troutman.com

Michael E. Baughman (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
215.981.4000

March 19, 2025              michael.baughman@troutman.com

**Certificate of Compliance with L.R. 7.1**

Counsel for the parties have conferred in good faith and plaintiffs have assented to the allowance of this motion.

*/s/ Daryl J. Lapp*
Daryl J. Lapp

**Certificate of Service**

I certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 19, 2025.

*/s/ Daryl J. Lapp*
Daryl J. Lapp

309499098v.2