UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:25-cv-10007-RGS

<u>Plaintiff</u>

S.C. et al

v.

<u>Defendant</u>

Calkins et al

<u>ORDER OF DISMISSAL</u>

STEARNS, D.J.

In accordance with the Court's Order entered on May 22, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>/s/ Nicole Cowan</u>
Docket Clerk

May 22, 2025